# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ERIC B. WINTER,** | * | |
| **Plaintiff** | * | |
| **v.** | * | **CIVIL NO. JKB-14-2125** |
| **TONYA PINKINS,** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing memorandum, it is ORDERED that Defendant's motion to dismiss the complaint for lack of personal jurisdiction (ECF No. 8) is GRANTED to the extent that the clerk is directed to TRANSFER the case to the United States District Court for the Southern District of New York.

DATED this 29th day of October, 2014.

BY THE COURT:

/s/
James K. Bredar
United States District Judge